DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MASSOOD JALLALI,**
Appellant,

v.

**FLORIDA DEPARTMENT OF HEALTH,**
Appellee.

No. 4D16-4237

[August 3, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack Tuter, Judge; L.T. Case No. CACE14013981.

Cyrus A. Bischoff, Miami, (substituted as counsel after filing of brief), Alan M. Medof, Boca Raton, for appellant.

Sarah Young Hodges, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***